UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 16-Cr-117-pp

LORENZO SEAN PAGE, *et al.*,

    Defendants.

---

**ORDER GRANTING UNITED STATES' MOTION TO DISMISS PROPERTY FROM FORFEITURE NOTICE OF THE INDICTMENT (DKT. 140)**

---

The court **GRANTS** the government's motion to dismiss property from the forfeiture notice of the indictment. Dkt. No. 140. The court **ORDERS** that the following property is **DISMISSED WITHOUT PREJUDICE** from the forfeiture notice of the indictment:

    1.    Approximately $9,000 in United States currency seized on or about February 24, 2016, from a mailed parcel in or about Milwaukee, Wisconsin;

    2.    Approximately $1,132 in United States currency seized on or about May 27, 2016; and

    3.    Approximately $2,668.71 in United States currency seized on or about July 15, 2016 from JPMorgan Chase Bank N.A. account ending in digits 5123.

Dated in Milwaukee, Wisconsin this 1st day of May, 2018.

                                                           BY THE COURT:

                                                           **HON. PAMELA PEPPER**
                                                           **United States District Judge**